Phil S. Flemming (#014778)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
psf@yprklaw.com

Attorneys for Plaintiff

Stephanie Manning (Pro Hac Vice)
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
smanning@seyfarth.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Minneci, an individual,<br><br>    Plaintiff<br><br>v.<br><br>Abbott Laboratories, Inc., a Delaware corporation,<br><br>    Defendant. | No. CV 20-01586-PHX-SMB<br><br>**STIPULATION AND JOINT MOTION FOR EXTENSION OF DISMISSAL DEADLINE**<br><br>**(Fourth Request)** |

As the Court is aware, the parties previously submitted stipulations and joint motion for extension of dismissal deadline.  The parties continue to diligently work on the terms of the settlement agreement. However, an issue has arisen regarding Plaintiff's 401(k) which has become somewhat complicated. The parties are working on resolving this issue, but it is delaying completion of the settlement agreement. The current deadline for dismissal is Friday, December 10, 2021.  Therefore, the parties request a 30 day extension (until January 10, 2022) to file a stipulation for dismissal so this issue can be worked out.

///

DATED this 9th day of December 2021.

                                          YEN PILCH ROBAINA & KRESIN PLC

                                          By  /s/ Phil S. Flemming
                                               Phil S. Flemming
                                               Attorneys for Plaintiff

                                        SEYFARTH SHAW LLP

                                        By  /s/ Stephanie Manning (with permission)
                                               Stephanie Manning
                                               Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF Registrants:

Stephanie Manning (Pro Hac Vice)
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
smanning@seyfarth.com
Attorneys for Defendant

/s/ Gaynell Carpenter