IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Minneci, | No. CV-20-01586-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Abbott Rapid Diagnostic North America LLC, | |
| Defendant. | |

Upon the parties' Stipulation and Joint Motion for Extension of Dismissal Deadline (Doc. 37) and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation. If no Stipulation for Dismissal has been filed, the case will be dismissed on **January 10, 2022**, without further notice.

Dated this 16th day of December, 2021.

Honorable Susan M. Brnovich
United States District Judge